No. 68473.—Beer Stern Import Corp. v. United States, protest 60/6370 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of fabrics similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiff was sustained.